UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINA IRENE RONQUILLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.: 1:19-cv-1665 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 11) |

The parties have stipulated for Plaintiff to have an extension of thirty days to serve her confidential letter brief. (Doc. 11) Notably, the Sheduling Order provides for a single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 11) is **GRANTED**; and
2. Plaintiff **SHALL** serve a letter brief no later than **June 10, 2020**.

IT IS SO ORDERED.

Dated: __May 10, 2020__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE