1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVINA RONQUILLO,                          )   Case No.: 1:19-cv-1665 - JLT
                                                )
12             Plaintiff,                       )
                                                )   ORDER GRANTING PLAINTIFF'S REQUEST
13        v.                                    )   FOR A FURTHER EXTENSION OF TIME
                                                )
14   COMMISSIONER OF SOCIAL SECURITY,           )   (Doc. 13)
                                                )
15             Defendant.                       )
                                                )
16   _____

17        On June 8, 2020, the parties stipulated for Plaintiff to have an additional thirty days to serve a

18   confidential letter brief.  Notably, the Scheduling Order allows for a single extension of thirty days by

19   the stipulation of the parties (Doc. 5 at 3), which was previously used by Plaintiff.  (Docs. 11, 12)

20   Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by

21   written motion and will be granted only for good cause."  (Doc. 5 at 3) This is now the second

22   extension requested by Plaintiff by stipulation, which the Court construes to be a motion to amend the

23   Court's scheduling order.  (*See id.*)

24        Jonathan Pena, counsel for Plaintiff, asserts the additional time is necessary because he is

25   operating "with a significantly reduced level of support" because of "the ongoing pandemic with

26   COVID-19 and the various executive orders."  (Doc. 13 at 1-2)  In addition, Mr. Pena reports:

27        [T]he week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply
          brief, 1 merits brief and 2 opening briefs due.  The week of 05/31/2020, Plaintiff's
28        counsel had 23 administrative hearings, 1 haring preparation appointment[] with
          claimant, 1 reply brief, 1 motion for summary judgment and 4 opening briefs.  The

1

week of 6/1/2020, Counsel has 21 administrative hearings and 16 on the week of 6/8/2020.

(Doc. 13 at 2)  Finally, Mr. Pena notes the Commissioner does not oppose the requested extension and stipulated to it on June 8, 2020.  (*Id.*)  The Court notes Counsel also reports a reduction in staff due to the ongoing pandemic guidelines, and the Commissioner does not oppose the request.  Further, it does not appear the Commissioner would suffer any prejudice as a result of the additional extension of time. Accordingly, the Court **ORDERS**:

    1.      The request for a second extension of time (Doc. 13) is **GRANTED**;

    2.      Plaintiff **SHALL** serve a confidential brief no later than **July 10, 2020**; and

    3.      Plaintiff is informed that no further extensions of time will be granted for service of this brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated:   __June 8, 2020__             ___/s/ **Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE